FILED
2023 FEB 3 AM 9:38
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney, (#7349)
BRYAN N. REEVES, Assistant United States Attorney (DC# 994799)
CHRISTOPHER LIN, Trial Attorney, Dept. of Justice, Tax Division (NY# 5028618)
BORIS BOURGET, Trial Attorney, Dept. of Justice, Tax Division (MD# 2109080015)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY JAMES ROBINSON,<br><br>Defendant. | Case No. **Case: 1:23−cr−00008**<br>**Assigned To : Parrish, Jill N.**<br>**Assign. Date : 2/3/2023**<br>**Description: USA v. Robinson**<br>**FELONY INFORMATION**<br><br>COUNTS I – IV: 26 U.S.C. § 7201, Evasion of Assessment of Income Tax |

The United States Attorney charges:

**COUNT I**
26 U.S.C. § 7201
(Evasion of Assessment of Income Tax)

From on or about January 1, 2016, through on or about April 11, 2017, in the Northern Division of the District of Utah,

ASHLEY JAMES ROBINSON,

the defendant herein, a resident of Farmington, Utah, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America,

for calendar year 2016, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2016 was $223,403, and that the amount of tax due and owing was $57,322. In fact, as the defendant knew, the defendant and his spouse had joint taxable income for the calendar year 2016 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was a substantial additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

**COUNT II**

26 U.S.C. § 7201

(Evasion of Assessment of Income Tax)

From on or about January 1, 2017, through on or about April 17, 2018, in the

Northern Division of the District of Utah,

ASHLEY JAMES ROBINSON,

the defendant herein, a resident of Farmington, Utah, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for calendar year 2017, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the defendant

reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2017 was $260,171, and that the amount of tax due and owing was $60,019. In fact, as the defendant knew, the defendant and his spouse had joint taxable income for the calendar year 2017 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was a substantial additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

**COUNT III**

26 U.S.C. § 7201
(Evasion of Assessment of Income Tax)

From on or about January 1, 2018, through on or about April 1, 2019, in the

Northern Division of the District of Utah,

ASHLEY JAMES ROBINSON,

the defendant herein, a resident of Farmington, Utah, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for calendar year 2018, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2018 was $317,300, and that the amount of tax due and owing was $61,915. In fact, as the defendant knew, the defendant and his spouse had joint taxable

income for the calendar year 2018 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was a substantial additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

**COUNT IV**
26 U.S.C. § 7201
(Evasion of Assessment of Income Tax)

From on or about January 1, 2019, through on or about February 17, 2020, in the Northern Division of the District of Utah,

ASHLEY JAMES ROBINSON,

the defendant herein, a resident of Farmington, Utah, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for calendar year 2019, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the defendant reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2019 was $407,360, and that the amount of tax due and owing was $91,600.  In fact, as the defendant knew, the defendant and his spouse had joint taxable

//

//

income for the calendar year 2019 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was a substantial additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

TRINA A. HIGGINS
United States Attorney

BRYAN N. REEVES
Assistant United States Attorney